# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| Curtis Simoneau | ) | 16-7198-JCB |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  August 4, 2016  in the county of  Middlesex  in the
District of  Massachusetts , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 2252A(a)(5)(B) | Possession of Child Pornography; |
| 18 U.S.C. Section 2251(a) | Sexual Exploitation of Children and Attempted Sexual Exploitation of Children |

This criminal complaint is based on these facts:

See the Affidavit of Federal Bureau of Investigation Special Agent Tucker Heap, which is attached and incorporated by referene.

☑ Continued on the attached sheet.

*Complainant's signature*

TUCKER HEAP, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 08/04/2016

*Judge's signature*

City and state:  Boston, Massachusetts   HON. JENNIFER C. BOAL, Chief U.S. Mag. Judge
*Printed name and title*