UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 17-cr-10300-LTS |
| | ) | |
| CURTIS SIMONEAU | ) | |

### DEFENDANT'S MOTION FOR JUDICIAL RECOMMENDATION REGARDING PLACE OF IMPRISONMENT

The defendant, having been sentenced by the Court to a period of 204 months imprisonment, moves that the Court include the following judicial recommendation in his judgment: that his sentence be served at FCI-Danbury or a comparable facility as close to the District of Massachusetts as is practicable, until such time as his treatment needs may dictate transfer to a more specialized facility.[1]

The Government does not object to this motion.

Respectfully submitted,
CURTIS SIMONEAU
by his attorney
*/s/ Scott Lauer*
Scott Lauer (BBO #667807)
FEDERAL PUBLIC DEFENDER OFFICE
51 Sleeper Street, 5th Floor
Boston, MA 02210
617-223-8061 (phone)
617-223-8080 (fax)

---

[1] According to the Bureau of Prisons' Directory of National Programs, sex offender-specific treatment available only at certain facilities would not be offered until the final 36 months of Mr. Simoneau's sentence.  *See* https://www.bop.gov/inmates/custody_and_care/docs/BOPNationalProgramCatalog.pdf

- 2 -

## Certificate of Service

I, Scott Lauer, hereby certify that copies of this motion, were submitted via ECF to Assistant United States Attorney David Tobin and via electronic mail to U.S. Probation Officer Maria D'Addieco.

Date: October 3, 2017   */s/ Scott Lauer*

                                              Scott Lauer