UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No: 16-10300-LTS |
| | ) | |
| CURTIS SIMONEAU | ) | |
| | ) | |

ASSENTED-TO MOTION TO CORRECT JUDGMENT

The Defendant, Curtis Simoneau, respectfully moves under Fed. R. Crim. P. 36 that this Court amend the Judgment entered on October 25, 2017 to reflect that the offense of conviction for Count 5 was in fact possession of child pornography.

As grounds for this motion, undersigned counsel states that Judgment entered on October 25, 2017 erroneously describes the nature of the offense as to Count 5 as sexual exploitation of children.  Rule 36 gives this Court the power to correct clerical errors at any time.  Assistant U.S. Attorney David Tobin assents to this Motion.

Respectfully submitted,
CURTIS SIMONEAU
by his attorney
*/s/ Scott Lauer*
Scott Lauer (BBO #667807)
FEDERAL PUBLIC DEFENDER OFFICE
51 Sleeper Street, 5th Floor
Boston, MA 02210
617-223-8061 (phone)
617-223-8080 (fax)
Scott_Lauer@fd.org

## Certificate of Service

I, Scott Lauer, hereby certify that this Motion was this day filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF").

| | |
|---|---|
| Date: <u>October 11, 2018</u> | <u>*/s/ Scott Lauer*</u><br>Scott Lauer |